IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DANIEL D. PARSONS,

          Plaintiff,

     v.

CAMDEN COUNTY CORRECTIONAL
FACILITY,

          Defendant.

Civil Action
No. 16-5695 (JBS-AMD)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

Plaintiff Daniel D. Parson seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

Plaintiff did not complete the IFP application; instead, he crossed out the financial information sections and other questions. *Id.* at 2-5. Plaintiff must complete the application before the Court can consider it. This matter shall be administratively terminated pending submission of the filing and administrative fees or revised IFP application.

An appropriate order follows.

**September 30, 2016**
Date

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge